# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

HAROLD BLAKELY ALLEN, JR.      PLAINTIFF
Reg. #28598-009

v.          No: 2:23-cv-131 DPM

STILES, P.A., Forrest City Low and
Camp; TOMAR, M.D., Forrest City
Low and Camp; POYNER, Medical
Administrator, Forrest City Low and
Camp; and OBI, Doctor, Forrest City
Low and Camp          DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Allen hasn't filed an amended complaint; and the time to do so has passed. *Doc. 12.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signed]* D.P. Marshall Jr.
United States District Judge

23 September 2023