# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

HAROLD BLAKELY ALLEN, JR.　　　　　　　　　　　　　PLAINTIFF
Reg. #28598-009

v.　　　　　　　　No: 2:23-cv-131 DPM

STILES, P.A., Forrest City Low and
Camp; TOMAR, M.D., Forrest City
Low and Camp; POYNER, Medical
Administrator, Forrest City Low and
Camp; and OBI, Doctor, Forrest City
Low and Camp　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Allen's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 September 2023